# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

RODGER D. SMITH II
302 351 9205
302 498 6209 FAX
rsmith@mnat.com

September 11, 2009

**BY E-FILING**

The Honorable Joel A. Pisano
United States District Court for the District of New Jersey
402 East State Street, Room 2020
Trenton, NJ 08608

Re:     *LG Electronics v. ASKO Appliances, Inc., et al.,*
        C.A. No 08-828-JAP (D. Del.)

Dear Judge Pisano:

I write concerning Defendants' Motion to Compel Production from Plaintiff LG Electronics, Inc. ("LGE"), which Defendants filed today. Defendants filed the enclosed motion in response to LGE's failure to respond to any of Defendants' interrogatories or provide any specific objections to these interrogatories. The parties unsuccessfully met and conferred on LGE's interrogatory responses on August 27, 2009, and Defendants informed LGE they would be filing the instant motion. Later that day, LGE sent a letter to the Court that identified a "discovery issue" concerning Defendants' interrogatories.[1] (*See* D.I. 92.) Defendants were uncertain how to respond to this letter as Defendants believe that if LGE had legitimate concerns it should have, under the Federal Rules of Civil Procedure and the Local Rules for the District of Delaware, moved the Court for a protective order prior to the due date for the interrogatory responses.

Nonetheless, as Defendants view LGE's failure to respond as a serious discovery issue and seek sanctions, Defendants have filed the instant motion as opposed to a letter

---

[1]     LGE sent an additional letter to the Court on August 27, 2009, regarding LGE's concerns with Defendants disclosing certain information to two of Defendants' experts. (*See* D.I. 93.) Defendants are responding today to that letter via a separate letter to the Court.

The Honorable Joel A. Pisano
September 11, 2009
Page 2

responding to LGE's letter to the Court.  If requested by the Court, Defendants can also submit a letter responding to LGE's letter, which would substantially mirror the points raised in the motion to compel.

Please do not hesitate to contact us if you have any questions.

Respectfully,

Rodger D. Smith II (#3778)

RDS/lm

cc:   Richard Horwitz, Esq. (By E-Mail)

3116353