## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

October 23, 2009

**BY E-FILING**

The Honorable Joel A. Pisano
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    *LG Electronics, Inc. v. ASKO Appliances, Inc., et al.*,
             C.A. No. 08-828-JAP (D. Del.)

Dear Judge Pisano:

       I am writing on behalf of defendants Daewoo Electronics Corp., ASKO Appliances, Inc., and ASKO Appliances AB (collectively, "Defendants") concerning the October 15, 2009 hearing with the Court, and the Court's request for a proposed order directing Plaintiff LG Electronics, Inc. ("LGE") to respond to Defendants' interrogatories. At the hearing, Defendants understood that the Court directed LGE to respond to Defendants' interrogatories based on the Defendants' Motion to Compel Production from LGE. *See* D.I. 101. The Court further directed the parties to determine a date by which LGE would respond and to prepare an appropriate order.

       Unfortunately, LGE has taken the position that the Court did not order it to respond to all twelve (12) of Defendants' propounded interrogatories and instead believes that it is required to respond only to Interrogatory No. 1. *See* Email from Victoria Hao, counsel for LGE, to Michael Woods, counsel for Defendants, dated October 22, 2009 (attached). In addition, while Defendants proposed a date by which LGE would respond as requested by the Court, LGE has refused to provide such a date despite having agreed to do so during the hearing. *See id.* Contrary to LGE's position, it is clear from the Defendants' motion to compel production and the hearing transcript that the Court held that LGE must respond to all twelve of Defendants' interrogatories.

       Attached is a proposed order that orders LGE to respond to Defendants' interrogatories within five (5) days of the date of the final order.

The Honorable Joel A. Pisano
October 23, 2009
Page 2

       We are available at Your Honor's convenience to discuss these matters.

                                          Respectfully,

                                          Rodger D. Smith II (#3778)

cc:    David E. Moore, Esquire (By E-Filing)

3197133