| | |
|---|---|
| **From:** | Victoria.Hao@hklaw.com |
| **To:** | Woods, Michael; |
| **cc:** | RSmith@MNAT.com; mhaefner@connellfoley.com; Whitaker, Mark; Andrea, Brian; sunwoo.lee@hklaw.com; jon.crocker@hklaw.com; baldine.paul@hklaw.com; benjamin.maskell@hklaw.com; ehelms@sternslaw.com; dmoore@potteranderson.com; |
| **Subject:** | RE: LG v. ASKO Appliances, Inc. et al.: Letter re October 15 Hearing and Other Issues |
| **Date:** | Thursday, October 22, 2009 5:17:02 AM |
| **Attachments:** | Daewoo_LG_Proposed Order re Interrogatory Responses.DOC |

Dear Michael,

Thank you for preparing a draft Order. We still do not have a transcript, but as we recall the compromise agreed to in court, it was more narrowly tailored to identification of those documents that support Plaintiff's Infringement Contentions under L.Pat.R. 3.1., so we have amended the draft Order to reflect that agreement. We have also removed the October 26th deadline, since we no recollection of such a deadline from the Court. However, we understand that Defendants, and the Court, would expect timely compliance and we will endeavor to do so.

Best Regards,
Victoria

---

**From:** Woods, Michael [mailto:WoodsM@howrey.com]
**Sent:** Tuesday, October 20, 2009 5:30 PM
**To:** Crocker, Jon (WAS - X72524)
**Cc:** Hao, Victoria D (WAS - X72522); Lee, Sunwoo (WAS - X72525); Paul, Baldine B (WAS - X72523); ehelms@sternslaw.com; dmoore@potteranderson.com; Smith, Rodger; Mayo, Andrew; Marc D. Haefner; Whitaker, Mark; Andrea, Brian; Gianola, John; Ko, Jim
**Subject:** LG v. ASKO Appliances, Inc. et al.: Letter re October 15 Hearing and Other Issues

Jon,
   Please find attached a letter and a draft order as requested by the Court.

Michael


Michael Woods
**Senior Associate**

HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
Direct: +1 202.383.6791
Fax: +1 202.318.8695
WoodsM@howrey.com
www.howrey.com

Amsterdam  Brussels  Chicago  East Palo Alto  Houston  Irvine  London  Los Angeles  Madrid
Munich  New York  Northern Virginia  Paris  Salt Lake City  San Francisco  Taipei  **Washington DC**

---

To ensure compliance with Treasury Regulations (31 CFR Part 10, Sec. 10.35), we inform you that any tax advice contained in this correspondence was not intended or written by us to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.