IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-828 (JAP) |
| | ) |
| ASKO APPLIANCES, INC. f/k/a AM | ) |
| APPLIANCE GROUP, INC.; ASKO | ) |
| APPLIANCES AB; AND DAEWOO | ) |
| ELECTRONICS CORP., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having considered Defendants' Motion To Compel Production From Plaintiff LG Electronics, Inc. Under Rule 37 Of The Federal Rules of Civil Procedure (D.I. 101), and having heard argument on Defendants' Motion on October 15, 2009, it is hereby ORDERED this ___ day of _____, 2009, as follows:

1. Plaintiff LG Electronics, Inc. ("LG") shall supplement its responses to Defendants' First Set of Interrogatories (Nos. 1-12) no later than five days from the date of this Order; and

2. LG shall timely supplement its responses to Defendants' First Set of Interrogatories (Nos. 1-12) pursuant to Fed. R. Civ. P. 26(e) as discovery proceeds in this case.

_____
United States District Judge