IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-828 (JAP) |
| | ) |
| ASKO APPLIANCES, INC. f/k/a AM APPLIANCE GROUP, INC.; ASKO APPLIANCES AB; AND DAEWOO ELECTRONICS CORP., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having considered Plaintiff's Letter Application to Limit Defendants' Interrogatories (D.I. 92) and Defendants' Motion to Compel Production from Plaintiff LG Electronics, Inc. Under Rule 37 of the Federal Rules of Civil Procedure (D.I. 101), and having heard argument on Defendants' Motion on October 15, 2009, it is hereby ORDERED this ___ day of _____, 2009, as follows:

1. Plaintiff LG Electronics, Inc. ("LG") shall identify those documents which support each of its Infringement Contentions under L.Pat.R. 3.1; and

2. LG shall continue to timely supplement its Infringement Contentions with supporting documents as discovery proceeds in this case.

_____
United States District Judge