# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

—

(302) 658-9200
(302) 658-3989 fax

Rodger D. Smith II
(302) 351-9205
(302) 498-6209
rsmith@mnat.com

November 3, 2009

**BY E-FILING**

The Honorable Joel A. Pisano
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Room 341
Trenton, NJ  08608

>	Re:	*LG Electronics, Inc. v. ASKO Appliances, Inc., et al.*,
>		C.A. No. 08-828 (JAP)

Dear Judge Pisano:

I am writing on behalf of Defendants in response to plaintiff LG Electronics, Inc.'s ("LGE") November 2, 2009 letter to the Court regarding LGE's responses to Defendants' interrogatories (D.I. 131), and to follow up on our October 23, 2009 letter to the Court (D.I. 129). In its letter, LGE cites to certain portions of the October 15, 2009 hearing transcript to support its contention that the Court somehow required LGE to respond to only one of Defendants' twelve interrogatories. LGE, however, ignores the broader discussion, and the intended resolution, during the hearing and in Defendants' motion to compel production from LGE. *See* D.I. 101.

The Court indicated that it had reviewed Defendants' motion to compel and corresponding briefs and letters. Indeed, Defendants understood that the Court rejected LGE's approach to counting interrogatories, which was the principal reason this dispute was brought before the Court. Specifically, the Court referred directly to all twelve of Defendants' interrogatories by noting that "[a]nd the argument goes that the interrogatories are not, in fact, 12 interrogatories, they're something like 1600 interrogatories?" D.I. 131, Exhibit A, p. 13, lines 21-23. More importantly, the Court specifically did <u>not</u> indicate that LGE had to respond to only one of Defendants' interrogatories. Thus, Defendants are confident that the Court intended for LGE to respond to all twelve of Defendants' interrogatories. As such, Defendants respectfully request that the Court enter the proposed order provided with Defendants' October 23, 2009 letter, and require LGE to respond to Defendants' interrogatories. *See* D.I. 129.

The Honorable Joel A. Pisano
November 3, 2009
Page 2

      We are available at Your Honor's convenience to discuss these matters should Your Honor so request.

      Respectfully,

      */s/ Rodger D. Smith II*

      Rodger D. Smith II (#3778)

cc:    David E. Moore, Esquire (By E-Filing)

3212478