# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
———
(302) 658-9200
(302) 658-3989 fax

Rodger D. Smith II
(302) 351-9205
(302) 498-6209
rsmith@mnat.com

November 5, 2009

**BY E-FILING**

The Honorable Joel A. Pisano
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Room 341
Trenton, NJ  08608

      Re:    *LG Electronics, Inc. v. ASKO Appliances, Inc., et al.*,
               C.A. No. 08-828 (JAP)

Dear Judge Pisano:

        I am writing on behalf of Defendants regarding the Order we received today from the Court.  *See* D.I. 134.  This Order concerns Defendants Motion to Compel Production from Plaintiff LG Electronics, Inc. ("LGE"), which sought an order from the Court requiring LGE to respond to Defendants' twelve interrogatories.  *See* D.I. 101.  However, Defendants are confused as the Court's Order addresses only Interrogatory No. 1 concerning Infringement Contentions and does not address Interrogatories Nos. 2-12.  *See* Exhibit A.  Defendants specifically addressed the need for an order regarding all twelve interrogatories in their October 23, 2009 letter to the Court, and again in their November 3, 2009 letter.  *See* D.I. 129 and D.I. 133.  Defendants believe that an order requiring LGE to respond to all twelve of Defendants' interrogatories is consistent with the outcome of the hearing before Your Honor on October 15, 2009.  As such, Defendants respectfully request that the Court enter the proposed Amended Order, attached as Exhibit B, which adds an additional requirement for LGE to respond to Defendants' Interrogatories Nos. 2-12.

The Honorable Joel A. Pisano
November 5, 2009
Page 2

       If Your Honor has any questions concerning this issue, we respectfully request a telephone conference with the Court and Plaintiff as soon as possible.

       Respectfully,

       */s/ Rodger D. Smith II*

       Rodger D. Smith II (#3778)

cc:    David E. Moore, Esquire (By E-Filing)

3219079