IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 08-828-JAP |
| ) | |
| ASKO APPLIANCES, INC. f/k/a AM ) | **JURY TRIAL DEMANDED** |
| APPLIANCE GROUP, INC., ASKO ) | |
| APPLIANCES AB, and DAEWOO ) | |
| ELECTRONICS CORP., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon request for reconsideration by Defendants, and having considered Plaintiff's Letter Application to Limit Defendants' Interrogatories (D.I. 92), Defendants' Motion to Compel (D.I. 101), and the previous Order of this Court (D.I. 134), it is hereby ORDERED this 16th day of Nov., 2009 as follows:

1. Plaintiff LG Electronics, Inc. ("LG") shall further respond to Defendants' Interrogatories numbered 2-12, with disclosures as required under the Local Patent Rules of New Jersey and pursuant to Rule 33(b) of the Federal Rules of Civil Procedure.

2. As Provided under F.R.C.P. Rule 33(b)(2) Time to Respond; the Plaintiff LG shall serve its responses within 30 days of the Court's previous Order, so dated November 4, 2009.

_____
United States District Judge