**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LG ELECTRONICS, INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) C.A. No. 08-828-JAP |
|  | ) |
| ASKO APPLIANCES, INC. f/k/a AM APPLIANCE GROUP, INC.; ASKO CYLINDA, AB; ASKO APPLIANCES HOLDING AB; ANTONIO MERLONI SPA; and DAEWOO ELECTRONICS CORP., | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE of the following substitution of Delaware counsel for plaintiff LG Electronics, Inc.: Richard L. Horwitz, Esquire, David E. Moore, Esquire and Potter Anderson & Corroon, LLP hereby withdraw their appearance and Richard D. Kirk, Esquire, Stephen B. Brauerman, Esquire, and Bayard, P.A. hereby enter their appearance. All other counsel for LG Electronics remain the same.

| POTTER ANDERSON & CORROON LLP | BAYARD, P.A. |
|---|---|
| /s/ *Richard L. Horwitz* (rh2246) | /s/ *Richard D. Kirk* (rk0922) |
| Richard L. Horwitz (rh2246) | Richard D. Kirk (rk0922) |
| David E. Moore (dm3983) | Stephen B. Brauerman (sb4952) |
| 1313 N. Market Street | 222 Delaware Avenue, Suite 900 |
| Hercules Plaza, 6th Floor | P.O. Box 25130 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| rhorwitz@potteranderson.com | rkirk@bayardlaw.com |
| dmoore@potteranderson.com | sbrauerman@bayardlaw.com |
| (302) 984-6000 | (302) 655-5000 |