IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | C. A. No. 08-828-JAP |
| ASKO APPLIANCES, INC. f/k/a AM ) | |
| APPLIANCE GROUP, INC., ASKO ) | |
| APPLIANCES AB, DAEWOO ) | |
| ELECTRONICS CORP., DAEWOO ) | |
| ELECTRONICS AMERICA, INC., and ) | |
| DIGITAL SYMPHONY CORP., ) | |
| ) | |
| Defendants. ) | |

## [~~PROPOSED~~] ORDER

Having considered LG Electronics, Inc.'s ("LG") Motion to Bifurcate Daewoo Electronics Corp., Daewoo Electronics America, Inc. and Digital Symphony Corp. (collectively, "Defendants") antitrust, D.C. Code, and common law counterclaims (Counterclaims IV-IX), and declaratory judgment Counterclaim III and their Eight Affirmative Defense and related to inequitable conduct (the "Motion to Bifurcate") (D.I. 163) and the briefs relating thereto,

IT IS HEREBY ORDERED this _18_ day of _Feb_____, 20_10_, that:

1. The Motion to Bifurcate is GRANTED; and

2. Discovery relating to Counterclaims III-IX and Defendants' Eight Affirmative Defense regarding inequitable conduct is hereby STAYED pending further order of this Court.

_____
Hon. Joel A. Pisano
United States District Judge