**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LG ELECTRONICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ASKO APPLIANCES, INC. f/k/a AM | ) | C.A. No. 08-828 9(JAP) |
| APPLIANCE GROUP, INC.; ASKO | ) | |
| APPLIANCES AB; DAEWOO | ) | |
| ELECTRONICS CORP., DAEWOO | ) | |
| ELECTRONICS AMERICA, INC., and | ) | |
| DIGITAL SYMPHONY CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF VICTORIA HAO IN SUPPORT OF**
**PLAINTIFF LG ELECTRONICS, INC.'S**
**RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Victoria Hao, declare:

1.     I am a member of the bar of the District of Columbia and have been permitted to practice before this Court *pro hac vice* in the above-captioned case.

2.     I am an associate at the law firm of Holland & Knight LLP, counsel of record for LG Electronics, Inc. ("LG") in the above-captioned case.

3.     I have personal knowledge of the facts stated herein and, if called as a witness, I will testify competently as to them.

4.     Attached as Exhibit 1 to LG's Opening Claim Construction Brief (D.I. 167) is a true and correct copy of U.S. Patent No. 6,460,382.

5.     Attached as Exhibit 2 to LG's Opening Claim Construction Brief (D.I. 167) is a true and correct copy of U.S. Patent No. 7,418,843.

6.      Attached as Exhibit 3 to LG's Opening Claim Construction Brief (D.I. 167) is a true and correct copy of U.S. Patent Application Publication No. 2009/0113942.

7.      Attached as Exhibit 4 to LG's Opening Claim Construction Brief (D.I. 167) is a true and correct copy of U.S. Patent No. 7,380,424.

8.      Attached as Exhibit 5 to LG's Opening Claim Construction Brief (D.I. 167) is a true and correct copy of U.S. Patent No. 6,510,716.

9.      Attached as Exhibit 6 to LG's Opening Claim Construction Brief (D.I. 167) is a true and correct copy of a Notice of Allowability dated May 22, 2008 in U.S. Patent Application No. 11/312,537, which issued as U.S. Patent No. 7,441,421.

10.      Attached as Exhibit 7 to LG's Opening Claim Construction Brief (D.I. 167) is a true and correct copy of a non-final Office Action dated March 7, 2002 in U.S. Patent Application No. 09/690,628, which issued as U.S. Patent No. 6,510,716.

11.      Attached as Exhibit 8 to LG's Opening Claim Construction Brief (D.I. 167) is a true and correct copy of U.S. Patent No. 6,914,363.

12.      Attached as Exhibit 9 to this declaration is a true and correct copy of an Office Action dated March 7, 2002 in U.S. Patent Application No. 09/690,628, which issued as U.S. Patent No. 6,510,716.

13.      Attached as Exhibit 10 to this declaration is a true and correct copy of a page in the Response dated February 13, 2008 in U.S. Patent Application No. 11/312,537 which issued as U.S. Patent No. 7,441,421.

14.      Attached as Exhibit 11 to this declaration is a true and correct copy of U.S. Patent No. 7,441,421 which matured from U.S. Patent Application No. 11/312,537 (produced by Defendants bearing bates number DEFENDANTS0006079-6101).

15.     Attached as Exhibit 12 to this declaration is a true and correct copy of a Notice of

Allowance dated May 16, 2008 in U.S. Patent Application No. 10/730,281 which issued as U.S.

Patent No. 7,418,843.

I declare under penalty of perjury under the laws of the United States of America and the

District of Columbia that the foregoing is true and correct.

Executed this 19th day of March, 2010.


_____*/s/Victoria Hao*_____
                    Victoria Hao

# EXHIBIT 9

## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/690,628 | 10/18/2000 | Kwang Soo Kim | K-228 | 1703 |

7590        03/07/2002

Fleshner & Kim
P.O.Box 221200
Chantilly, VA  20153-1200

| EXAMINER |
|---|
| COE, PHILIP R |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1746 | 5 |

DATE MAILED: 03/07/2002

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

LG017011

T·D-5

| Office Action Summary | Application No. | Applicant(s) |
|---|---|---|
| | 09/690,628 | KIM ET AL. |
| | Examiner | Art Unit | |
| | Philip R. Coe | 1746 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) FROM
THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
  earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____ .

2a) ☐ This action is **FINAL**.    2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) _1-8_ is/are pending in the application.

4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) _1-8_ is/are rejected.

7) ☐ Claim(s) _____ is/are objected to.

8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved b) ☐ disapproved by the Examiner.

If approved, corrected drawings are required in reply to this Office action.

12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13) ☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

a) ☒ All    b) ☐ Some *    c) ☐ None of:

1. ☒ Certified copies of the priority documents have been received.

2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage
application from the International Bureau (PCT Rule 17.2(a)).

* See the attached detailed Office action for a list of the certified copies not received.

14) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

a) ☐ The translation of the foreign language provisional application has been received.

15) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _4_ .

4) ☐ Interview Summary (PTO-413) Paper No(s). _____ .
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____

LG017012

Application/Control Number: 09/690,628                                      Page 2
Art Unit: 1746

1.        Claims 1-8 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for

failing to particularly point out and distinctly claim the subject matter which applicant regards as

the invention.  There is no antecedent basis for "the motor" (claim 1, line 6) and "both end

portions" (claim 1, line 7).  There is no basis for "a circumference of a central portion thereof"

(claim 1, lines 9-10) since the bearing housing has not defined in a manner that necessarily

defines a circumference or a central portion.  It is not clear what constitutes the reference for

"radial direction" (claim 1, lines 12 and 13).  The wording "coils each wound around each"

(claim 1, line 15) is confusing.  After the last word in claim 1 –for rotating the drum- should be

inserted for completeness as well as to provide a basis for what is subsequently claimed (see

claim 2, for example).  It is not clear to what "a central portion" (claim 3, line 2) is referring.

There is no clear basis for "one side" (claim 4, line 4).

2.        Claims 1-8 would be allowable if rewritten or amended to overcome the rejection(s)

under 35 U.S.C. 112, second paragraph, set forth in this Office action.

3.        Skrippek et al., Kabeya et al., and Rode et al. are cited for teachings of washing machine

drives similar to that instantly disclosed.

       Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Philip R. Coe whose telephone number is (703) 308-1273.  The

examiner can normally be reached on Monday-Friday, first Friday off.

       If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Randy P. Gulakowski, can be reached on (703) 308-4333.  The fax phone numbers

for the organization where this application or proceeding is assigned are (703) 872-9310 for

regular communications and (703) 872-9311 for After Final communications.

LG017013

Application/Control Number: 09/690,628                                    Page 3
Art Unit: 1746

     Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is (703) 308-0661.

                                *Philip R. Coe*
                                Philip R. Coe
                                Primary Examiner
                                Art Unit 1746

prc
March 5, 2002

LG017014

EXHIBIT 10

U.S. Application No.: 11/312,537
Response filed February 13, 2008
Reply to Office Action dated August 14, 2007

Attorney Docket No.: 9988.095.23

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions and listings of claims in the application.

__Listing of Claims:__

Claims 1-40  (Canceled)


41.  (Currently Amended)  A motor for a washing machine comprising:

a stator secured to one side of a tub which holds washing water;

a rotor disposed on an outer side of the stator, wherein the stator includes:

[[a]]an annular core, and

an insulator that holds the core, the insulator having a fastening part ~~with~~and a fastening ~~hole formed on the insulator:~~hole, wherein the fastening part is formed as a unit with the insulator and is formed at an inside circumferential surface of the annular core, and wherein the fastening hole is only formed at the fastening part; and

a fastener that fastens the stator to the one side of the tub using the fastening hole ~~formed on the insulator.~~


42.  (Previously Presented)  The motor as claimed in claim 41, wherein the core includes a base and teeth outwardly extending from the base.


43.  (Previously Presented)  The motor as claimed in claim 42, wherein the core is formed with a plurality of sectional core portions.


2

# EXHIBIT 11



US007441421B2

(12) **United States Patent**
Kim et al.

(10) Patent No.: **US 7,441,421 B2**
(45) Date of Patent: **Oct. 28, 2008**

(54) **DRUM TYPE WASHING MACHINE**

(75) Inventors: **Gon Kim**, Changwon-si (KR); **Chi Wan Hur**, Changwon-si (KR); **Yu Beom Kang**, Changwon-si (KR); **Sang Man Je**, Koje-si (KR); **Kang Mo Choi**, Masan-si (KR); **Jae Kyum Kim**, Gimhae-si (KR); **Ho Cheol Kwon**, Changwon-si (KR)

(73) Assignee: **LG Electronics Inc.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/312,537**

(22) Filed: **Dec. 21, 2005**

(65) **Prior Publication Data**
US 2006/0101872 A1    May 18, 2006

(51) **Int. Cl.**
*B08B 3/12*    (2006.01)

(52) **U.S. Cl.** ............................. **68/3 R**; 68/23.1; 68/24; 68/140

(58) **Field of Classification Search** .................. 68/23.1, 68/24, 140, 3 R; 188/266, 381; 310/179, 310/216, 217, 254, 257–259, 261, 263, 264
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,705,763 | A | * | 4/1955 | Skrobisch .................. 310/112 |
| 3,886,256 | A | | 5/1975 | Ohuchi et al. |
| 5,040,285 | A | | 8/1991 | Williams et al. |
| 5,266,855 | A | * | 11/1993 | Smith et al. ................... 310/90 |
| 5,489,811 | A | | 2/1996 | Kern et al. |
| 5,809,809 | A | | 9/1998 | Neumann |
| 6,257,027 | B1 | | 7/2001 | Imai |
| 6,460,382 | B1 | | 10/2002 | Kim et al. |
| 6,477,869 | B2 | | 11/2002 | Heyder et al. |

| | | | |
|---|---|---|---|
| 2005/0028567 | A1 | * | 2/2005 | Kim et al. .................. 68/140 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 199675404 B2 | 12/1996 |
| AU | 199675404 B2 | 12/1996 |
| AU | 199675438 B2 | 12/1996 |
| AU | 199675438 B2 | 12/1996 |
| CN | 1274782 | 11/2000 |
| CN | 1293276 | 5/2001 |
| DE | 4335966 | 4/1995 |
| DE | 19859568 | 6/2000 |
| EP | 0219115 A2 | 4/1987 |
| EP | 0219115 A2 | 4/1987 |
| EP | 0361775 A2 | 4/1990 |
| EP | 0361775 A2 | 4/1990 |
| EP | 0620308 A2 | 10/1994 |

(Continued)

*Primary Examiner*—Michael Barr
*Assistant Examiner*—Rita R Patel
(74) *Attorney, Agent, or Firm*—McKenna Long & Aldridge LLP

(57) **ABSTRACT**

A motor for a washing machine has a stator secured to one side of a tub which holds washing water and a rotor disposed on an outer side of the stator. The stator includes a core and an insulator that holds the core, and the insulator has a fastening part with a fastening hole formed on the insulator. A fastener fastens the stator to the one side of the tub using the fastening hole formed on the insulator.

**21 Claims, 14 Drawing Sheets**



**US 7,441,421 B2**

Page 2

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| EP | 0620308 A2 | 10/1994 | GB | 2333300 A | 7/1999 |
| EP | 1079014 A1 | 2/2001 | GB | 2333300 A | 7/1999 |
| EP | 1079014 A1 | 2/2001 | JP | 58207834 | 12/1983 |
| EP | 1094144 A2 | 4/2001 | JP | 2000-116037 | 4/2000 |
| EP | 1094144 A2 | 4/2001 | KR | 20-1992-0012151 | 7/1992 |
| EP | 1094145 A2 | 4/2001 | KR | 20-1998-0058943 | 10/1998 |
| EP | 1094145 A2 | 4/2001 | KR | 1999-0030909 | 5/1999 |
| EP | 1116812 A1 | 7/2001 | KR | 1999-0081170 | 11/1999 |
| EP | 1116812 A1 | 7/2001 | KR | 20010088215 | 9/2001 |
| EP | 1428 924 A1 | 6/2004 | KR | 1020010088215 A | 9/2001 |
| GB | 2030896 A | 4/1980 | WO | WO 01/44556 A1 | 6/2001 |
| GB | 2030896 A | 4/1980 | WO | WO 01/44556 A1 | 6/2001 |
| GB | 2332212 A | 6/1999 | WO | WO 02/084842 A1 | 10/2002 |
| GB | 2332212 A | 6/1999 | WO | WO 02/084842 A1 | 10/2002 |

* cited by examiner

**U.S. Patent**          Oct. 28, 2008          Sheet 1 of 14          US 7,441,421 B2

## FIG. 1

### RELATED ART



DEFENDANTS0006081

# FIG. 2

**RELATED ART**



DEFENDANTS0006082

# FIG. 3

### RELATED ART



DEFENDANTS0006083

FIG. 4



DEFENDANTS0006084

FIG. 5



DEFENDANTS0006085



FIG. 6

DEFENDANTS0006086

FIG. 7



DEFENDANTS0006087

FIG. 8



FIG. 9



## FIG. 10



# FIG. 11



DEFENDANTS0006091

## FIG. 12A



## FIG. 12B



FIG. 13



DEFENDANTS0006093

## FIG. 14



DEFENDANTS0006094

US 7,441,421 B2

1

DRUM TYPE WASHING MACHINE

This application claims priority to U.S. patent application Ser. No. 10/730,281 filed on Dec. 9, 2003, as well as Korean Applications 10-2002-0078337 filed on Dec. 10, 2002 and 10-2003-0086841 filed on Dec. 2, 2003, all of which are incorporated by reference, as if fully set forth herein.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to drum type washing machines, and more particularly, to an improved structure of a driving part of a direct drive type drum type washing machine which employs an outer rotor type brushless DC motor.

2. Background of the Related Art

In general, a drum type washing washes laundry by using a friction force between a drum rotated by a driving power of a motor and the laundry in a state detergent, washing water, and the laundry are introduced into the drum, shows almost no damage to, and entangling of the laundry, and has pounding, and rubbing washing effects.

In the related art drum type washing machines, there are an indirect drive type in which the driving power of the motor is transmitted to the drum through a belt wound on a motor pulley and a drum pulley indirectly, and a direct drive type in which the brushless DC (BLDC) motor is connected to the drum directly, to transmit the driving power of the motor to the drum, directly.

The type in which the driving power of the motor is transmitted to the drum, not directly, but indirectly through the motor pulley and the drum pulley, has much energy loss in the course of power transmission, and causes much noise in the course of power transmission.

According to this, it is the present trend that use of the direct drive type drum type washing machines with the BLDC motor is increasing, for solving the problems of the indirect drive type drum type washing machines. A related art direct drive type drum type washing machine will be described with reference to FIG. 1, briefly. FIG. 1 illustrates a longitudinal section of a related art drum type washing machine.

Referring to FIG. 1, the related art drum type washing machine is provided with a tub 2 mounted inside of a cabinet 1, and a drum 3 rotatably mounted on a central part of an inside of the tub 2. There is a motor in rear of the tub 2, wherein a stator 6 is fixed to a rear wall of the tub, and a rotor 5 surrounds the stator 6, and is connected to the drum 3 with a shaft passed through the tub.

Together with these, there is a metallic tub supporter between a tub rear wall and the stator having a shape almost the same with an outer shape of the tub rear wall fixed to the tub rear wall in fastening the stator for supporting a load of the stator, and maintaining a concentricity of the stator.

In the meantime, there are a door 21 mounted on a front part of the cabinet 1, and a gasket 22 between the door 21 and the tub 2.

There are a hanging spring 23 between an inside surface of an upper part of the cabinet 1, and an upper part of an outside circumferential surface of the tub 2, and a friction damper 24 between the inside surface of a lower part of the cabinet 1, and a lower part of the outside circumferential surface of the tub 2.

FIG. 2 illustrates a perspective outside view of the stator in FIG. 1, and FIG. 3 illustrates a perspective view of a sectional type core SC applied to the stator in FIG. 2.

2

In a related art method for fabricating the stator core, a sheet of metal plate is pressed to form a unit core having tooth portions 151, a base part 150, and a round part 500 opposite to the tooth portions 151 for forming fastening hole 500a therein, the unit cores are stacked to form a unit core assembly, and the unit core assemblies are connected to each other in a circumferential direction, to complete fabrication of the stator core, called the sectional type core SC.

The round part provides the fastening hole 500a for fixing the stator 6 to the rear wall of the tub, and enduring a fastening force of a bolt.

However, the method for fabricating the stator 6 by means of the sectional type cores SC has, not only a complicate fabrication process, but also loss of much material.

Therefore, even if a helical type core HC is favorable, in which a sheet of steel plate having the tooth portions 151 and the base part 150 is stacked turning in a helix, since it is required to bend the sheet of metal punched out in a form of a band into the helix, the helical type core has a drawback in that the round part for fixing the stator to the tub can not be formed on an inner side of the core.

This is because, if the round part 500 is formed on the inner side of the core in fabrication of the helical core HC, a large width of the core at a part having the round part formed thereon impedes bending of the core.

Therefore, currently, a stator structure is required, in which a function the same with the round part of the sectional type core SC is made to be carried out, not by the core itself, but by other part, for employing the helical type core HC.

For reference, a reason why it is important to secure an adequate rigidity of the round part having the fastening hole formed in for fixing the stator to the tub is as follows.

The washing machine that rotates the drum directly by using the BLDC motor has the stator mounted on a rear part of the tub, directly. In a case of the motor for a large capacity drum type washing machine with more than 1.5 kg of stator net weight, and a spinning speed in a range of 600~2000 RPM, it is liable that a bolt fastened part of the stator 6 is broken due to the stator weight, vibration in the high speed rotation, and shaking and deformation of the rotor 5.

Particularly, in a case of the drum type washing machine, in which the BLDC motor is used, and the stator 6 is fixed to the tub rear wall, where an axis direction of the stator 6 is substantially parallel to ground, the vibration generated in operation of the washing machine causes intensive damage to the fastening part of the stator 6 to the tub rear wall.

Thus, an adequate rigidity of the round part having the fastening hole formed therein is very important in fixing the stator 6 to the tub.

In the meantime, in a trend a capacity of the drum type washing machine becomes larger as the time goes by, there have been many problems, such as even the tub to which the stator is fastened is damaged in a case the stator has a weight more than 1.5 kg in a structure the axis of the stator is parallel to the ground like the drum type washing machine.

Therefore, in order to prevent occurrence of the damage, in the related art structure, in general a metal tub supporter is lined, when a process for fastening the tub supporter to the tub rear wall is required in addition to an assembly line, that drops a productivity.

SUMMARY OF THE INVENTION

Accordingly, the present invention is directed to a drum type washing machine than substantially obviates one or more of the problems due to limitations and disadvantages of the related art.

DEFENDANTS0006095

US 7,441,421 B2

3

An object of the present invention is to provide a drum type washing machine, which has an outer rotor type motor with a stator of which material and weight required for fabrication can be reduced, fabrication of which can be simplified, and secure mounting of which on the tub is possible.

Other object of the present invention is to provide a drum type washing machine, in which a tub can sustain weight and vibration of a BLDC motor for a washing machine mounted on a tub wall directly, which motor has a net stator weight more than 1.5 kg, and variable rotational speed of 0~2000 RPM or over.

Another object of the present invention is to provide a drum type washing machine, which can dispense with a tub supporter fastening process from an assembly line, that can secure a supporting force of the tub rear wall to the stator, and simplifies an assembly process.

Further object of the present invention is to provide a drum type washing machine, which enables a service man to carry out maintenance in repair and replacement of components.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent to those having ordinary skill in the art upon examination of the following or may be learned from practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings.

To achieve these objects and other advantages and in accordance with the purpose of the present invention, as embodied and broadly described herein, the drum type washing machine includes a tub of plastic having a wall for holding washing water therein and mounting a driving part thereon, a drum rotatably arranged inside of the tub, a shaft passed through the tub and connected to the drum for transmission of a driving power from a motor to the drum, at least one bearing for supporting the shaft, a bearing housing having a sleeve form of bearing supporting part, and a stator fastening part extended in a radial direction from the bearing supporting part, wherein both of the bearing supporting part and the stator fastening part are inserted in a tub rear wall, while stator fastening holes in the stator fastening part are exposed, a rotor engaged to a rear end part of the shaft to form the motor together with the stator, and the stator mounted on the stator fastening part of the bearing housing with fastening members on an inner side of the rotor to form the motor together with the rotor, wherein the stator includes an annular helical type core having multiple layers formed by winding a steel plate having tooth portions and a base part in a helix starting from a bottom layer to a top layer, an insulator having the helical type core encapsulated therein, a coil wound on the tooth portions, and fastening parts formed as a unit with the insulator, having projected toward an inside of the helical type core for fastening the stator to the bearing housing.

In other aspect of the present invention, there is provided a drum type washing machine including a tub of plastic having a wall for holding washing water therein and mounting a driving part thereon, a drum rotatably arranged inside of the tub, a shaft passed through the tub and connected to the drum for transmission of a driving power from a motor to the drum, at least one bearing for supporting the shaft, a bearing housing having a sleeve form of bearing supporting part, and a stator fastening part extended in a radial direction from the bearing supporting part, wherein both of the bearing supporting part and the stator fastening part are inserted in a tub rear wall, while stator fastening holes in the stator fastening part are exposed, a rotor engaged to a rear end part of the shaft to form

4

the motor together with the stator, and the stator mounted on the stator fastening part of the bearing housing with fastening members on an inner side of the rotor to form the motor together with the rotor, wherein the stator includes an annular helical type core having multiple layers formed by winding a steel plate having tooth portions and a base part in a helix starting from a bottom layer to a top layer, an insulator having the helical type core encapsulated therein, a coil wound on the tooth portions, and fastening parts formed as a unit with the insulator, having three or more than three fastening holes projected toward an inside of the helical type core for fastening the stator to the bearing housing.

In another aspect of the present invention, there is provided a drum type washing machine including a tub of a plastic having a wall for holding washing water therein and mounting a driving part thereon a drum rotatably arranged inside of the tub, a shaft passed through the tub and connected to the drum for transmission of a driving power from a motor to the drum, at least one bearing for supporting the shaft, a bearing housing having a sleeve form of bearing supporting part inserted in the tub rear wall, and a stator fastening part formed as a unit with the bearing supporting part extended from the bearing supporting part exposed to an outside of the tub, with stator fastening holes formed in an exposed part of the stator fastening part, a rotor engaged to a rear end part of the shaft to form the motor together with the stator, and the stator mounted on the stator fastening part of the bearing housing with fastening members on an inner side of the rotor to form the motor together with the rotor, wherein the stator includes an annular helical type core having multiple layers formed by winding a steel plate having tooth portions and a base part in a helix starting from a bottom layer to a top layer, an insulator having the helical type core encapsulated therein, a coil wound on the tooth portions, and fastening parts formed as a unit with the insulator, having fastening holes projected toward an inside of the helical type core for fastening the stator to the bearing housing.

In further object of the present invention, there is provided a drum type washing machine including a tub of a plastic having a wall for holding washing water therein and mounting a driving part thereon, a drum rotatably arranged inside of the tub, a shaft passed through the tub and connected to the drum for transmission of a driving power from a motor to the drum, at least one bearing for supporting the shaft, a bearing housing having a sleeve form of bearing supporting part inserted in the tub rear wall, and a stator fastening part formed as a unit with the bearing supporting part extended in a radial direction from the bearing supporting part exposed to an outside of the tub, with stator fastening holes formed in an exposed part of the stator fastening part, a rotor engaged to a rear end part of the shaft to form the motor together with the stator, and the stator mounted on the stator fastening part of the bearing housing with fastening members on an inner side of the rotor to form the motor together with the rotor, wherein the stator includes an annular helical type core having multiple layers formed by winding a steel plate having tooth portions and a base part in a helix starting from a bottom layer to a top layer, an insulator having the helical type core encapsulated therein, a coil wound on the tooth portions, and fastening parts formed as a unit with the insulator, having three or more than three fastening holes projected toward an inside of the helical type core for fastening the stator to the bearing housing.

In still further object of the present invention, there is provided a drum type washing machine including a tub of plastic having a wall for holding washing water therein and mounting a driving part thereon, a drum rotatably arranged

DEFENDANTS0006096

US 7,441,421 B2

| 5 | 6 |

inside of the tub, a shaft passed through the tub and connected to the drum for transmission of a driving power from a motor to the drum, at least one bearing for supporting the shaft, a bearing housing having a sleeve form of bearing supporting part, and a stator fastening part extended in a radial direction from the bearing supporting part, wherein both of the bearing supporting part and the stator fastening part are inserted in a tub rear wall, while stator fastening holes in the stator fastening part are exposed, a rotor engaged to a rear end part of the shaft to form the motor together with the stator, and the stator mounted on the stator fastening part of the bearing housing with fastening members on an inner side of the rotor to form the motor together with the rotor.

In yet further aspect of the present invention, there is provided a drum type washing machine including a tub of plastic having a wall for holding washing water therein and mounting a driving part thereon, a drum rotatably arranged inside of the tub, a shaft passed through the tub and connected to the drum for transmission of a driving power from a motor to the drum, at least one bearing for supporting the shaft, a bearing housing having a sleeve form of bearing supporting part inserted in the tub rear wall, and a stator fastening part formed as a unit with the bearing supporting part extended in a radial direction from the bearing supporting part exposed to an outside of the tub, with stator fastening holes formed in an exposed part, a rotor engaged to a rear end part of the shaft to form the motor together with the stator; and the stator with a weight heavier than 1.5 kg mounted on the stator fastening part of the bearing housing with fastening members on an inner side of the rotor to form the motor together with the rotor.

In still yet further aspect of the present invention, there is provided a drum type washing machine including a tub having a wall for holding washing water therein and mounting a driving part thereon, and a sleeve form of bearing supporting part for supporting bearings, in which both the tub and the bearing supporting part are formed as one unit, a drum rotatably arranged inside of the tub, a shaft passed through the tub and connected to the drum for transmission of a driving power from a motor to the drum, at least one bearing inside of the bearing supporting part for supporting the shaft, a rotor engaged to a rear end part of the shaft to form the motor together with the stator, and the stator mounted on the tub on an inner side of the rotor and an outer side of the bearing supporting part with fastening members, wherein the stator includes an annular helical type core having multiple layers formed by winding a steel plate having tooth portions and base part in a helix starting from a bottom layer to a top layer, an insulator having the helical type core encapsulated therein, a coil wound on the tooth portions, and fastening parts formed as a unit with the insulator, having fastening holes projected toward an inside of the helical type core for fastening the stator to the bearing housing.

It is to be understood that both the foregoing description and the following detailed description of the present invention are exemplary and explanatory and are intended to provide further explanation of the invention claimed.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this application, illustrate embodiment(s) of the invention and together with the description serve to explain the principle of the invention. In the drawings;

FIG. 1 illustrates a longitudinal section of a related art direct drive, drum type washing machine, schematically;

FIG. 2 illustrates a perspective view of a related art stator;

FIG. 3 illustrates a perspective view of a sectional type core;

FIG. 4 illustrates a longitudinal section of a direct drive, drum type washing machine in accordance with a preferred embodiment of the present invention, schematically;

FIG. 5 illustrates an enlarged longitudinal sectional view of an 'A' part in FIG. 4 of the drum type washing machine of the present invention;

FIG. 6 illustrates a cut away perspective view of a tub rear wall;

FIG. 7 illustrates a perspective view of the unitary bracket and bearing housing in FIG. 5;

FIG. 8 illustrates a backside perspective view of FIG. 7;

FIG. 9 illustrates a section across a line I-I in FIG. 7;

FIG. 10 illustrates a perspective view of the stator in FIG. 5;

FIG. 11 illustrates a perspective view of the helical type core in FIG. 10;

FIG. 12A illustrates a plan view of key parts of the stator in FIG. 10, and FIG. 12B illustrates a perspective view of key parts of the stator in FIG. 10;

FIG. 13 illustrates a perspective view of a stator in a driving part of a drum type washing machine in accordance with another preferred embodiment of the present invention; and

FIG. 14 illustrates a longitudinal section of a drum type washing machine in accordance with another preferred embodiment of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Reference will now be made in detail to the preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings FIGS. 4-14.

FIG. 4 illustrates a longitudinal section of a direct drive, drum type washing machine in accordance with a preferred embodiment of the present invention schematically, and FIG. 5 illustrates an enlarged longitudinal sectional view of an 'A' part in FIG. 4 of the drum type washing machine of the present invention.

FIG. 6 illustrates a cut away perspective view of a tub rear wall, FIG. 7 illustrates a perspective view of the unitary bracket and bearing housing in FIG. 5, FIG. 8 illustrates a backside perspective view of FIG. 7, and FIG. 9 illustrates a section across a line I-I in FIG. 7.

FIG. 10 illustrates a perspective view of the stator in FIG. 5, FIG. 11 illustrates a perspective view of the helical type core in FIG. 10, FIG. 12A illustrates a plan view of key parts of the stator in FIG. 10, and FIG. 12B illustrates a perspective view of key parts of the stator in FIG. 10.

The drum type washing machine of the present invention, having a tub 2 inside of a cabinet 1 for holding washing water, with a wall for fixing a driving part thereto, a drum 3 inside of the tub 2, a shaft 4 connected to the drum 3 with a shaft for transmission of a driving power from a motor to the drum 3, and a bearing for supporting the shaft 4, wherein the tub 2 is formed of a plastic, and includes a metal bearing housing 7 at a central part of a rear wall of the tub 2 both for supporting the bearings at both ends of an outside circumferential surface of the shaft 4 and fastening the stator 6.

The bearing housing 7 is formed of an aluminum alloy and the like, and integrated with the tub rear wall by inserting the bearing housing 7 in a mold in an injection molding of the tub 2 of plastic.

DEFENDANTS0006097

US 7,441,421 B2

7

In the meantime, referring to FIG. 5, the bearing housing 7 includes a bearing supporting part 7a of a sleeve form for supporting the bearings, a stator fastening part 7b formed as a unit with the bearing supporting part 7a extended form a rear end of the bearing supporting part 7a in a radial direction, and stator fastening holes 700b in the stator fastening part 7b, wherein both the bearing supporting part 7a and the stator fastening part 7b are inserted in the tub 2 rear wall, when only the stator fastening holes 700b are exposed.

Referring to FIGS. 7 and 8, the stator fastening part 7b, extended from the sleeve form of bearing supporting part 7a in the radial direction outwardly, includes stepped areas 70b-1 each having at least one step in the outward extension in a direction of the outward extension, and flat areas 70b-2 each between adjacent stepped areas 70b-1, wherein the stepped areas 70b-1 and the flat areas 70b-2 are connected to each other, respectively.

That is, the stator fastening part 7b includes the stepped areas 70b-1 each having steps as the stepped area 70b-1 extends in an outward radial direction, and flat areas 70b-2 between the stepped areas 70b-1, wherein each of the areas 70b-1 extended from an upper end of the bearing supporting part 7a in the outward radial direction is bent down at preset intervals as the stepped area 70b-1 extends in the outward radial direction, and each of the areas 70b-2 connected to a lower end of the bearing housing 7 is flat.

There is a resin stuffing groove 750a around the upper part of the bearing housing 7 for enhancing a bonding force with the tub 2 in the insert injection molding.

Referring to FIGS. 6 and 7, there is a positioning hole 710b formed adjacent to a stator fastening hole 700b of the stator fastening part 7b in correspondence to a positioning projection on the stator 6.

Referring to FIG. 6, there is a boss 200 at a part of the tub rear wall opposite to each of the stator fastening holes 700b for preventing the stator fastening part 7b from coming into direct contact with the stator 6, thereby preventing an insulator of the stator 6 from being broken due to a fastening force applied thereto in mounting the stator 6.

It is also preferable that the stator fastening part 7b has a circumferential rib 720b at a position spaced a distance from an axis of the bearing supporting part 7a for increasing a bonding force with the plastic in the injection molding of the tub 2. Though it is preferable that there are fastening bosses 70b each with a stator fastening hole 700b on the rib 720, it is not necessarily required to form the fastening holes 700b on the rib 720b.

In addition to this, there are circumferential and radial reinforcing ribs 201 on a region excluding the bearing housing stepped area of the tub rear wall for reinforcing the tub rear wall.

In the meantime, different from the foregoing stator fastening part 7b, the stator fastening part 7b may be an extension from the sleeve form of the bearing supporting part 7a the same with the foregoing stator fastening part 7b, but separated at regular intervals in a circumferential direction to form a plurality of separated radial segments.

Referring to FIGS. 5 and 6, the bearing housing 7 of metal has a step 8a in an inside circumferential surface for supporting, and preventing the bearings 600a on the inside circumferential surface from breaking away from the bearing housing 7.

A front part of the shaft 4 is fixed to a spider 10 in a rear wall of the drum 3, and a section of the shaft 4 from an exposed part in rear of the spider 10 to a front bearing 600a has a brass bushing 11 press fit thereon for preventing the shaft 4 from

8

rusting, with a sealing member 12 fitted on an outside surface of the bushing 11 for preventing infiltration of water toward the bearing.

The shaft 4 has the rotor 5 of the direct drive motor mounted at a center of rear end thereof, on an inner side of which the stator 14 is positioned, that is mounted on the tub rear wall to form the direct drive motor together with the rotor 5.

Referring to FIG. 5, the rotor 5, formed of steel plate, has a circumferential bent part with a seating surface 130 for seating magnets M placed on an inside surface of a side wall 13b extended forward from an edge of a rear wall of the rotor 5, and a hub 132 in a center part of the rear wall 13a having through holes for passing fastening members 15a, such as bolts, in mounting the rotor 5 on the shaft 4.

It is preferable that the rotor 5 is formed by pressing.

The rotor 5 has a plurality of radial cooling fins 133 around the hub 132 for blowing air toward the stator 6 when the rotor 5 rotates, to cool down heat from the stator 6. Each of the cooling fins 133 has a length in the radial direction.

The cooling fin 133 is formed by lancing to be bent at 90° from the rear wall to direct an opened side of the rotor 5, and a through hole 134 formed in the lancing serves as an air hole.

The rotor 5 has embossing 135 between adjacent cooling fins 133 of the rear wall 13a for reinforcing the rotor 5, and drain holes 136 in the embossing 135.

The rotor 5 has fastening holes 137 for fastening a connector 16 engaged with a rear end part of the shaft 4 in rear of a rear bearing 600b by means of serration, and positioning holes 138 for positioning the connector in mounting the connector on the shaft 4, both of which fastening holes 137 and positioning holes 138 are formed around the through hole 131 in the hub 132 at regular intervals.

The connector 16 is formed of plastic having a vibration mode different from the rotor 5 of steel plate, and serves as a bushing for the rotor, too. The connector 16 has serration 164 engaged with a serration 400 in the rear end part of the shaft 4.

The tub rear wall has a hub part for putting the bearing supporting part 7a of the bearing housing 7 therein in the injection molding of the tub 2.

According to this, the present invention permits to dispense with the tub supporter which is essential in the related art, to reduce assembly man power in an assembly line, and improve a productivity.

That is, the present invention permits to dispense with the tub supporter, which is a separate part having an almost same outside shape with the tub rear wall, fixed to, and holds the tub rear wall in mounting the stator 6, and maintains a concentricity of the stator 6.

Referring to FIG. 10, the stator 6 includes a helical type core HC, an insulator 144 having the helical type core HC encapsulated therein, a coil wound around tooth portions 151 of the helical type core HC, and fastening parts 143 molded as a unit with the insulator 144 projected toward an inside of the helical type core HC from three, or more than three places, and in general weighs more than 1.5 kg as the capacity of the drum type washing machine becomes larger.

The helical type core HC has multiple layers formed by winding a steel plate having the tooth portions and the base part in a helix starting from a bottom layer to a top layer, with the tooth portions 151 projected outwardly in a radial direction from the base part. The base part 150 has recesses 152 for reducing stress in the winding of the helical type core.

The multiple layers of the helical type core HC are fastened with rivets 153 passed through through holes in the base part 150. A starting part and an end part of the helical type core HC

DEFENDANTS0006098

US 7,441,421 B2

9

may be welded at the base parts 150 in contact thereto. The recess 152 in the base part 150 may be rectangular, trapezoidal, or an arc.

Referring to FIGS. 12A and 12B, in the stator 6 having three or more than three fastening parts 143 formed as a unit with the insulator so as to be projected in a radial direction toward inside from the inside circumferential surface of the helical type core, each of the fastening parts 143 is formed to meet a condition of a≧b, where "a" denotes a length of the tooth portion 151 from an outer edge of the base part 150, and "b" denotes a distance from an inner edge of the base part 150 to a center of the fastening hole 143a.

The fastening part 143 has a height greater than 20% of a total core stack height, and preferably equal to the total core stack height.

The fastening part 143 has at least one cavity 143c for damping vibration at the time of motor driving, and a positioning pin 143b fit to the positioning hole 710b in the stator fastening part exposed in a state inserted in the tub rear wall.

In the meantime, there is a metal tube 143p or a spring pin forcibly inserted in the fastening hole 143a of the fastening part 143.

The operation of the driving part of the drum type washing machine of the present invention will be described.

Under the control of a controller (not shown) attached to a panel for driving the motor, if current flows to the coils 142 in the stator 6 in succession, to rotate the rotor 5, the shaft 4 engaged with the connector 16 having the rotor 5 fixed thereto by means of serration rotates. According to this, the power is transmitted to the drum 3 through the shaft 4, to rotate the drum 3.

In the meantime, performance of the foregoing drum type washing machine will be described.

At first, since the tub 2 is formed of a heat resistant plastic, the tub 2 is light, and since the tub 2 is injection molded, the tub 2 is easy to fabricate.

Since the bearing housing 7 is formed of a metal, such as an aluminum alloy, which shows little thermal deformation even at a high temperature, the bearing housing 7 can be used in the drum type washing machine having the spinning cycle.

Since the bearing housing 7 of metal is inserted in the hub of the tub rear wall at the time of injection molding of the tub 2 of plastic, to form an integrated type tub 2 and bearing housing 7, that permits to dispense with the additional process of mounting the bearing housing 7 on the tub rear wall, thereby simplifying the assembly process, and reduce an assembly man power.

Referring to FIG. 11, the recess 152 in the base part 150 of the stator 6 reduces a stress in winding the core, thereby permitting an easy and small power winding.

Especially, referring to FIG. 12A, in the stator 6 having three or more than three fastening parts 143 formed as a unit with the insulator so as to be projected in a radial direction toward inside from the inside circumferential surface of the helical type core, each of the fastening parts 143 is formed to meet a condition of a≧b, where "a" denotes a length of the tooth portion 151 from an outer edge of the base part 150, and "b" denotes a distance from an inner edge of the base part 150 to a center of the fastening hole 143a.

The condition is set taking a case into account, in which, even though the closer the position of the fastening hole 143a to a point a load exerts thereon, the better in view of reduction of a torque, the position of the fastening hole 143a set at a position close excessively to the point a load exerts thereon leads to a bolt of smaller diameter, to require an excessively many number of bolts.

10

Referring to FIG. 12B, the fastening part 143 has a height greater than 20% of a total core stack height, otherwise the fastening part 143 is liable to break due to vibration caused by motor driving. Especially, the fastening par 143 may have a height equal to or higher than the total core stack height.

However, because an excessively high fastening part 143 increases a total width of the driving part, and reduces a washing capacity of the washing machine, the height of the fastening part 143 is limited not to exceed two times of the total core stack height.

The cavity 143c in the fastening part 143 dampens vibration at the time of motor driving, to improve mechanical reliability of the stator 6.

The positioning pin 143b on the fastening part 143 fits to the positioning hole 710b in the tub 2, thereby permitting an easy mounting of the stator 6 on the tub 2.

The sleeve form of bearing supporting part 7a for supporting bearings fitted therein, and the stator fastening part 7b for fastening the stator 6 thereto, of the bearing housing 7, both of which are formed as a unit, can dispense with the related art tub supporter.

The boss 200 at a part of the tub rear wall opposite to each of the stator fastening holes 700b prevents the stator fastening part 7b from coming into direct contact with the stator 6, thereby preventing the insulator of the stator 6 from being broken due to a fastening force applied thereto in mounting the stator 6.

The stepped areas 70b-1 each having steps at preset intervals as the stepped area 70b-1 extends in an outward radial direction of the cylindrical bearing supporting part 7a, and the flat areas 70b-2 between adjacent stepped areas 70b-1 each connected to the stepped areas 70b-1 in a circumferential direction with flat parts perpendicular thereto permit to increase bonding force to the tub 2 in the injection molding of the tub 2.

In addition to this, the circumferential rib 720b at a position spaced a distance from an axis of the bearing supporting part 7a also increases a bonding force with the plastic in the injection molding of the tub 2.

Moreover, the through holes 730b in the stator fastening part 7b increases the bonding force with the plastic in the insert injecting molding of the bearing housing 7.

The fastening boss 70b with the stator fastening hole 700b in the bearing housing 7 can dispense with formation of fastening holes in the tub 2, additionally.

That is, according to the present invention, the stator 6 is fastened to the stator fastening holes 700b in the fastening boss 70b of the stator fastening part 7b buried in the tub rear wall with bolts.

The positioning hole 710b formed adjacent to the stator fastening hole 700b of the stator fastening part 7b in correspondence to a positioning projection on the insulator of the stator 6 improves workability in mounting the stator 6 on the tub rear wall.

Of course, the positioning hole 710b in the stator fastening part 7b is formed, not covered with plastic, but exposed, and in a case the positioning hole is formed in the insulator, the positioning projection will be formed on the stator fastening part 7b.

Since the front end of the shaft 4 is fixed to the spider 10 in the rear wall of the drum 3, and a section of the shaft 4 from a part exposed to an outside of the spider 10 to the front bearing 600a has the brass busing 11 forcibly press fit thereon, rusting of the shaft 4 is prevented.

The sealing member 12 on the outside surface of the bushing 11 prevents infiltration of water toward the bearing.

DEFENDANTS0006099

US 7,441,421 B2

11

The circumferential bent part with a seating surface **130** for seating magnets M placed on an inside surface of a side wall **13***b* extended forward from an edge of a rear wall of the rotor **5** permits an easy fabrication of the rotor since the seating surface **130** supports the magnet M easily when the magnet M is attached to the inside surface of the rotor **5**.

The hub **132** in a center part of the rear wall **13***a* having through holes **131** permits to pass fastening members **15***a*, such as bolts, in mounting the rotor **5** on the shaft **4**, and the plurality of radial cooling fins **133** each with a length permits blowing of air toward the stator **6** to cool heat from the stator **6** when the rotor **5** rotates.

The cooling fin **133** is formed by lancing to direct an opened side of the rotor **5**, and a through hole **134** formed in the lancing serves as an air hole.

The rotor **5** formed of steel plate by pressing reduces a time period required for fabrication of the rotor **5**, and improves productivity.

The embossing **135** between adjacent cooling fins **133** on the rear wall **13***a* of the rotor **5** improves an overall strength of the rotor **5**, and the drain hole **136** in the embossing **135** permits to discharge water through the drain hole **136**.

The connector **16**, formed by a plastic injecting molding, has a vibration mode different from a vibration mode of the rotor **5** of steel plate, to attenuate vibration transmitted from the rotor **5** to the shaft **4**.

The serration **164** in the inside circumferential surface of the hub of the connector **16** engaged with the serration **400** in the rear end part of the shaft **4** enables transmission of a rotation power from the rotor **5** to the shaft **4** through the connector **16** as it is.

FIG. 13 illustrates a perspective view of a stator in a driving part of a drum type washing machine in accordance with another preferred embodiment of the present invention.

Referring to FIG. 13, the stator **6** of the present invention includes a helical type core HC, an insulator **144** having the helical type core HC encapsulated therein, a coil wounded on tooth portions **151** of the helical core HC, and fastening parts **143** formed as a unit with the insulator **144** so as to be projected toward an inside of the helical type core HC.

That is, the stator **6** in the embodiment has, not a structure in which the fastening parts are projected in a radial direction toward an inside of the helical type core HC from more than three positions, but a structure in which the fastening parts form a unit with the insulator **144** extended in a radial direction toward an inside of the helical type core HC.

Alike the foregoing embodiment, the helical type core HC has multiple layers formed by winding a steel plate in a helix starting from a bottom layer to a top layer, with a plurality of tooth portions **151** projected outwardly in a radial direction from a base part **150** of the helical type core HC, and recesses **152** in the base part **150** for reducing a stress in winding the helical type core HC.

There is a positioning hole **143***g* adjacent to the fastening hole **143***a* in the fastening part **143**, if there is a positioning pin on the tub rear wall, for fitting in mounting the stator. Opposite to this, of course, the positioning pin may be formed adjacent to the fastening hole **143***a*, and the positioning hole may be formed in the tub rear wall.

Other parts and performances thereof of the embodiment are the same with the foregoing embodiment, of which repetitive descriptions are omitted.

In the meantime, the present invention is not limited to above embodiments, it is of course possible that dimensions, shapes, and materials may be changed as far as the changes do not depart from the spirit or scope of the invention.

12

For an example, the stator fastening part **7***b* may only have an outward radial direction extension from the cylindrical bearing supporting part **7***a* with stepped areas **70***b*-1 at preset intervals along a radial direction. Or, alternatively, the stator fastening part **7***b* may have alternate outward radial direction extensions from front part and rear part of the cylindrical bearing supporting part **7***a* in a circumferential direction connected at edges of the extensions substantially perpendicular to the extensions, without the stepped areas.

FIG. 14 illustrates a longitudinal section of a drum type washing machine in accordance with another preferred embodiment of the present invention.

Referring to FIG. 14, the drum type washing machine includes a tub **2** having a wall for holding washing water therein and mounting a driving part thereon, and a sleeve form of bearing supporting part **17** for supporting bearings, in which both the tub **2** and the bearing supporting part **17** are formed as one unit, a drum **3** rotatably arranged inside of the tub **2**, a shaft **4** passed through the tub **2** and connected to the drum **3** for transmission of a driving power from a motor to the drum, at least one bearing **600***a* inside of the bearing supporting part **17** for supporting the shaft **4**, a rotor **5** engaged to a rear end part of the shaft **4** to form the motor together with the stator **6**, and the stator **6** mounted on the tub **2** on an inner side of the rotor **5** and an outer side of the bearing supporting part **17** with fastening members. The stator **6** includes an annular helical type core HC having multiple layers formed by winding a steel plate having tooth portions **151** and base part in a helix starting from a bottom layer to a top layer, an insulator having the helical type core HC encapsulated therein, a coil wound on the tooth portions **151**, and fastening parts formed as a unit with the insulator **144**, having fastening holes projected toward an inside of the helical type core HC for fastening to the bearing supporting part **17**.

Of course, there are a plurality of fastening holes in an outer region of the bearing supporting part **17** of the tub **2** for mounting the stator **6** of motor with fastening members. There is a metal tube **143***p* or a spring pin forcibly inserted in the fastening hole **143***a* of the fastening part **143**.

Both the tub **2** and the bearing supporting part **17** may be formed by plastic injection molding, or the tub **2** may be formed of plastic, and the bearing supporting part **17** may be formed of a metal, such as an aluminum alloy.

More preferably, in the plastic injection molding of the tub **2**, the tub **2** is injection molded in a state a tub supporting plate **18** of a metal formed as a separate piece from the bearing supporting part is buried in an outer region of the bearing supporting part **17**.

Other parts not described herein are the same with the foregoing embodiment, and repetitive description of which will be omitted.

The performance of the embodiment will be described.

When a current flows to the stator **6**, to rotate the rotor **5**, the shaft **4** connected to the rotor **5** rotates. The shaft **4** rotates supported on a front bearing **600***a* and a rear bearing **600***b* inside of the bearing supporting part **17**.

That is, a load on the shaft **4** is transmitted to the front, and rear bearings **600***a*, and **600***b*, and, therefrom, to the bearing supporting part **17**. Since the bearing supporting part **17** is formed as a unit with the tub rear part, the bearing supporting part **17** can support the shaft **4**, more stably.

The tub supporting plate **18** of a metal formed as a separate piece from the bearing supporting part, and buried in an outer region of the bearing supporting part **17** in the injection molding of the tub **2** permits to dispense with a separate reinforcing liner attached to the tub rear wall, enough to secure a support-

DEFENDANTS0006100

US 7,441,421 B2

13

ing force for the stator 6 mounted on the tub rear wall even if the BLDC motor is mounted on the tub wall directly.

It will be apparent to those skilled in the art that various modifications and variations can be made in the present invention without departing from the spirit or scope of the invention. Thus, it is intended that the present invention cover the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

The drum type washing machine of the present invention has the following advantages.

First, the direct drive type motor reduces noise, out of order, and power loss, and the bearing housing of a metal can be applied to a product with a drying function, as the bearing housing has no thermal deformation.

Second, the rotor 5 of a steel plate formed by pressing reduces a fabrication time period, and improves a productivity.

Third, the helical type core permits to reduce waste of material, easy fabrication, and increase a rigidity of the fastening part of the stator 6 to reduce noise and vibration, and improve mechanical reliability, and a lifetime.

Fourth, the difference of vibration modes of the rotor and the connector permits to reduce vibration transmitted from the rotor to the shaft, and the stator fastening part 7b permits rigid mounting of the stator 6 on the tub rear wall, and maintenance of concentricity of the stator 6, without damage of the tub rear wall.

Fifth, the elimination of tub supporter fitting work from the assembly line permits to simplify an assembly process, and easy maintenance by a serviceman in repair and replacement of component.

Sixth, even if the BLDC motor with a net stator weight over 1.5 kg, and a rotation speed varied in a range of 0~2000 RPM, or over is mounted on the tub wall directly, the tub rear wall can support the stator, securely.

What is claimed is:

1. A motor for a washing machine comprising:

a stator secured to one side of a tub which holds washing water;

a rotor disposed on an outer side of the stator, wherein the stator includes:

an annular core, and

an insulator that holds the core, the insulator having a fastening part and a fastening hole, wherein the fastening part is formed as a unit with the insulator and is formed at an inside circumferential surface of the annular core, and wherein the fastening hole is only formed at the fastening part; and

a fastener that fastens the stator to the one side of the tub using the fastening hole which is formed on the insulator, wherein the core has no fastening hold that receives the fastener.

14

2. The motor as claimed in claim 1, wherein the core includes a base and teeth outwardly extending from the base.

3. The motor as claimed in claim 2, wherein the core is formed with a plurality of sectional core portions.

4. The motor as claimed in claim 2, wherein the core is a helical core.

5. The motor as claimed in claim 4, wherein the core comprises an inside surface having a plurality of recesses.

6. The motor as claimed in claim 5, wherein the recesses have a rectangular, trapezoidal, or arc shape.

7. The motor as claimed in claim 4, wherein the helical core is fixed by rivets.

8. The motor as claimed in claim 2, wherein the core is a helical core fixed by welding.

9. The motor as claimed in claim 2, wherein the insulator includes at least three fastening parts.

10. The motor as claimed in claim 2, wherein the fastening part has a cavity.

11. The motor as claimed in claim 2, wherein the fastening part has a positioning projection.

12. The motor as claimed in claim 2, wherein the fastening part has a positioning hole.

13. The motor as claimed in claim 2, wherein the fastening hole in the fastening part has a spring pin disposed therein.

14. The motor as claimed in claim 2, wherein the fastening hole in the fastening part has a metal tube disposed therein.

15. The motor as claimed in claim 2, wherein the fastening part has a height greater than 20% of a height of the stack of cores.

16. The motor as claimed in claim 2, wherein the fastening part has a height smaller than two times the height of the stack of cores.

17. The motor as claimed in claim 2, wherein the teeth have a length the same as, or greater than, a distance between the fastening hole in the fastening part of the insulator and an inside surface of the core.

18. The motor as claimed in claim 2, wherein the fastening part has a projected portion projecting from that portion of the fastening part that has the fastening hole formed therein.

19. The motor as claimed in claim 1, wherein the fastening part is projected toward an inside of the annular core from the inside circumferential surface of the annular core.

20. The motor as claimed in claim 1, wherein the core has no fastening part that is formed on the inside circumferential surface of the annular core in order to fasten the stator to the tub.

21. The motor as claimed in claim 1, wherein the fastening part extends from an upper end to a lower end of the inside circumferential surface of the annular core.

* * * * *

DEFENDANTS0006101

EXHIBIT 12



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

30827    7590    05/16/2008

MCKENNA LONG & ALDRIDGE LLP
1900 K STREET, NW
WASHINGTON, DC 20006

| EXAMINER |
|---|
| PATEL, RITA RAMESH |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1792 | |

DATE MAILED: 05/16/2008

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/730,281 | 12/09/2003 | Gon Kim | 9988.095.00-US | 2549 |

TITLE OF INVENTION: DRUM TYPE WASHING MACHINE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1440 | $300 | $0 | $1740 | 08/18/2008 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. <u>PROSECUTION ON THE MERITS IS CLOSED</u>.   THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT.   SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.   <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED</u>.   SEE 35 U.S.C. 151.   THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION.   IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

LG018132

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** **Mail**    Mail Stop ISSUE FEE
                                          Commissioner for Patents
                                          P.O. Box 1450
                                          Alexandria, Virginia 22313-1450
            **or Fax**    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

    30827          7590           05/16/2008

**MCKENNA LONG & ALDRIDGE LLP**
1900 K STREET, NW
WASHINGTON, DC 20006

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/730,281 | 12/09/2003 | Gon Kim | 9988.095.00-US | 2549 |

TITLE OF INVENTION: DRUM TYPE WASHING MACHINE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1440 | $300 | $0 | $1740 | 08/18/2008 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| PATEL, RITA RAMESH | 1792 | 068-00300R |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                         (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.

☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____      Date _____

Typed or printed name _____      Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/730,281 | 12/09/2003 | Gon Kim | 9988.095.00-US | 2549 |

30827    7590    05/16/2008

MCKENNA LONG & ALDRIDGE LLP
1900 K STREET, NW
WASHINGTON, DC 20006

| EXAMINER |
|---|
| PATEL, RITA RAMESH |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1792 | |

DATE MAILED: 05/16/2008

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 329 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 329 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

LG018134

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 10/730,281 | KIM ET AL. |
| | Examiner | Art Unit | |
| | RITA R. PATEL | 1792 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to _documents received 4/23/08_.

2. ☒ The allowed claim(s) is/are _1-22,26-29 and 32-93_.

3. ☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☒ All   b) ☐ Some*   c) ☐ None  of the:
       1. ☒ Certified copies of the priority documents have been received.
       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
          International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF
    INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .
    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
        Paper No./Mail Date _____ .
    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the
    attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date See Continuation Sheet
4. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

5. ☐ Notice of Informal Patent Application
6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .
7. ☐ Examiner's Amendment/Comment
8. ☒ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____ .

LG018135

**Continuation Sheet (PTOL-37)**                                    **Application No.  10/730,281**

Continuation of Attachment(s) 3. Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date: 10/29/07; 2/28/08; 3/20/08; 4/23/08.

2

LG018136

Application/Control Number: 10/730,281                                   Page 2
Art Unit: 1792

## DETAILED ACTION

### *Reasons for Allowance*

Claims 1-22, 26-29, and 32-93 are pending.  Claims 23-25 and 30-31 are cancelled.  Claims 83-93 are new.  Claims 1, 4, 7, 11, 15, 27, 38-43, 51, 71, and 81 have been amended.

Claims 1-22, 26-29, and 32-93 are allowed.

The following is an examiner's statement of reasons for allowance: the amendments made to the claims filed 2/14/08 overcome the prior art and upon further search and consideration no other prior art anticipates or suggests fairly the combination of structural elements as instantly claimed.  More specifically, the closest prior art of record fails to teach the claimed invention of a drum type washing machine comprising at least a tub, drum, shaft, bearing housing, rotor, stator and stator fastening part, wherein a surface of the tub rear wall is between the stator and a stator fastening part, in combination with at least the claims of the respective independent claims 1, 4, 7, 11, 15, 27, 38, 41-43, and 51.

Also, in accordance with the discussion between Examiner Rita Patel and Yong Choi (Applicant's representative) in the Interview filed 12/20/07, amendments were made to the claim to further distinguish the relationship between the stator fastening part and the bearing housing, and hereby overcoming the prior art of record.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably

LG018137

Application/Control Number: 10/730,281                                    Page 3
Art Unit: 1792

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."

### Conclusion

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to RITA R. PATEL whose telephone number is (571)272-

8701.  The examiner can normally be reached on M-F: 9-6.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Michael Barr can be reached on (571) 272-1414.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Michael  Barr/
Supervisory Patent Examiner, Art
Unit 1792

/Rita R. Patel/
Examiner, Art Unit 1792