**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LG ELECTRONICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 08-828 (RGA) |
| | ) |
| ASKO APPLIANCES, INC. f/k/a AM | ) |
| APPLIANCE GROUP, INC.; ASKO | ) |
| APPLIANCES AB; DAEWOO | ) |
| ELECTRONICS CORP., DAEWOO | ) |
| ELECTRONICS AMERICA, INC., | ) |
| and DIGITAL SYMPHONY CORP., | ) |
| | ) |
| Defendants. | ) |

_____

**LG'S MOTION TO EXCLUDE OPINIONS, ANALYSES, AND TESTIMONY OF
DEFENDANTS' EXPERT OUTSIDE HIS AREA OF EXPERTISE**

Pursuant to the schedule set forth by the Court and for the reasons set forth in detail in the accompanying Memorandum, Plaintiff LG Electronics, Inc. ("LG") respectfully moves for an order excluding any opinions, analyses, or testimony of Defendants' expert Dr. Caligiuri on topics outside of the scope of his expertise. Dr. Caligiuri presents in his expert report analyses and opinions in areas where he has no education, experience, or other specialized form of knowledge or expertise. Such analyses, opinions, and testimony are not permitted under the applicable rules and precedent, serve no purpose other than to cause confusion and prejudice, and should be excluded from consideration in any dispositive motions, as well as during any trial.

LG acknowledges that Dr. Caligiuri, like LG's expert, has engineering credentials and related experience, and LG through this motion is not seeking the complete exclusion of any analyses, opinions or testimony of Dr. Caligiuri.  This motion instead is focused on areas that are unrelated to the technical issues before the Court and that fall far outside any expertise of Dr. Caligiuri.  Based on LG's understanding of the Scheduling Order entered before this case was transferred and also because the relief sought applies to issues presented in the motions for summary judgment and to any potential trial,  LG believes that this motion is both due and appropriate at this stage of the case.  This Court has discretion to address and decide the issues presented by this motion as it concludes is most appropriate.

In accordance with Local Rule 7.1.1, LG certifies that it has contacted Defendants' counsel in a reasonable good-faith effort to resolve this matter.  LG understands that Defendants will oppose this motion.

Dated: March 30, 2012

OF COUNSEL:

Andrew Chanho Sonu
Richard L. Stroup
Anand K. Sharma
Jennifer K. Robinson[*]
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, DC 20001-4413
Tel. (202) 408-4000

*/s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Tel. (302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Plaintiff
LG Electronics, Inc.

---

[*] Admitted in California only; practicing under the supervision of the partners of the Washington, DC office of Finnegan.